UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REUBEN RANKE,

      Plaintiff,                                    CASE NO. 11-12763

v.                                              Hon. Lawrence P. Zatkoff

B. PITT, et al.,

      Defendants.
_____/

**OPINION AND ORDER**

On March 5, 2012, Magistrate Judge Mona Majzoub issued a Report and Recommendation after analyzing Defendant James Massey's motion to dismiss or for summary judgment. On March 13, 2012, Plaintiff filed a Motion to Amend (Docket #27). On April 27, Plaintiff filed a Motion to Withdraw Proposed Amended Complaint (Docket #33), wherein he requests that he be:

    1.    Allowed to withdraw his Motion to Amend, without prejudice; and

    2.    Served with a copy of the Magistrate Judge's Report and Recommendation because he did not receive a copy; and

    3.    Given an opportunity to object to the Report and Recommendation.

After careful review and consideration of Plaintiff's Motion to Withdraw Proposed Amended Complaint, and for the reasons set forth therein, the Court hereby ORDERS that:

    A.    Plaintiff's Motion to Withdraw Proposed Amended Complaint (Docket #33) be GRANTED,

    B.    The Clerk of the Court shall STRIKE the Motion to Amend (Docket #27) filed by Plaintiff on March 13, 2012,

    C.    Plaintiff shall be served with a copy of the Magistrate Judge's Report and Recommendation immediately, and

      D.      Plaintiff shall be given an opportunity to file objections to the Magistrate Judge's Report and Recommendation, but any such objections must be mailed by Plaintiff no later than June 4, 2012 .

IT IS SO ORDERED.

            s/Lawrence P. Zatkoff
            LAWRENCE P. ZATKOFF
            UNITED STATES DISTRICT JUDGE

Dated:  May 8, 2012

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic and to Plaintiff at USP Marion, POB 1000, Marion Illinois 62959 by U.S. mail on May 8, 2012.

            s/Marie E. Verlinde
            Case Manager
            (810) 984-3290